# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL APATOW, | : | Civil No. 3:21-cv-01692 (JCH) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TOWN OF STRATFORD, | | |
| ROBERT MCGRATH, | | |
| RONALD ING, | | |
| LAURA HOYDICK | : | |
| *Defendant.* | : | February 12, 2024 |

## JUDGMENT

This matter came on for consideration on the defendant's Motion for Summary Judgment [Doc. #36] before the Honorable Janet C. Hall, United States District Judge. The Court has reviewed all the papers filed in conjunction with the motion and on February 12, 2024, entered a Ruling [Doc. 47] GRANTING the defendant's motion.

It is therefore ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of the defendant and against the plaintiff, and the case is closed.

Dated at New Haven, Connecticut, this 12th day of February 2024.

Dinah Milton Kinney, Clerk

By _____/s/_____
L. Barry, Deputy Clerk

EOD: February 12, 2024